

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:24-cr-121 |
| | ) | |
| v. | ) | Conspiracy to Distribute and Possess with |
| | ) | Intent to Distribute Controlled Substances |
| DEON LAMONT HICKS, | ) | 21 U.S.C. § 846 |
| a.k.a. "DeeDee," | ) | (Count 1) |
| | ) | |
| and | ) | Conspiracy to Traffic Firearms |
| | ) | 18 U.S.C. § 933(a)(3) |
| CORRY ANTOINE WOODY, JR., | ) | (Count 2) |
| a.k.a. "Jr.," | ) | |
| | ) | Trafficking of Firearms |
| Defendants. | ) | 18 U.S.C. § 933(a)(1)(a) & (b) |
| | ) | (Count 10, 12, 19) |
| | ) | |
| | ) | Engage in Unlicensed Firearms Dealing |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | (Counts 3, 4, 5, 8, 14, 20) |
| | ) | |
| | ) | Distribution of Methamphetamine |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | (Counts 6, 7, 11, 17) |
| | ) | |
| | ) | Sale of a Firearm to a Prohibited Person |
| | ) | 18 U.S.C. § 922(d)(1) |
| | ) | (Counts 9, 16, 18) |
| | ) | |
| | ) | Use and Carry Firearm During and In |
| | ) | Relation To a Drug Trafficking Crime |
| | ) | 18 U.S.C. § 924(c) |
| | ) | (Count 13) |
| | ) | |
| | ) | Illegal Possession of a Machine Gun |
| | ) | 18 U.S.C. § 922(o) |
| | ) | (Counts 15, 21) |
| | ) | |
| | ) | **Forfeiture Allegation** |
| | ) | |

## INDICTMENT
### AUGUST 2024 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Distribute and Possess with the Intent Distribute Controlled Substances)

Starting before April 4, 2024 and continuing through and including May 8, 2024, in the Eastern District of Virginia and elsewhere within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly and intentionally combine, conspire, confederate and agree with each other and others, known and unknown, to distribute and possess with the intent to distribute mixture and substances containing detectable amounts of fentanyl, a Schedule II controlled substance, and mixture and substances containing detectable amounts of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

(In violation of Title 21, United States Code, Section 846.)

### COUNT TWO
(Conspiracy to Traffic Firearms)

Starting before April 1, 2024, and continuing through and including July 30, 2024, in the Eastern District of Virginia and elsewhere within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly combine, conspire, confederate and agree with each other and others, known and unknown,

a. to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, to another person, in and affecting interstate and foreign commerce, while knowing and having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), in violation of Title 18,

United States Code, Section 933(a)(1)); and

      b. to receive one and more firearms from another person, in and affecting interstate or foreign commerce, while knowing and having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

(In violation of Title 18, United States Code, Section 933(a)(3) and (b).)

## COUNT THREE
(Engage in Unlicensed Firearms Dealing)

On or about April 4, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and in the course of such business ship, transport, and receive firearms, to wit: a Diamondback Arms DB9, 9mm pistol, bearing serial number MA2096, in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(a)(1)(A).)

## COUNT FOUR
(Engage in Unlicensed Firearms Dealing)

On or about May 1, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business ship, transport, and receive firearms, to wit: a Ruger, Max-9, 9mm pistol, bearing serial number 350183262, in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(a)(1)(A).)

## COUNT FIVE
(Engage in Unlicensed Firearms Dealing)

On or about May 2, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and in the course of such business ship, transport, and receive firearms, to wit: a Taurus, Model Judge, .45 caliber revolver, bearing serial number AGB40869, in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(a)(1)(A).)

## COUNT SIX
(Distribution of Methamphetamine)

On or about May 2, 2024, in the Eastern District of Virginia, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT SEVEN
(Distribution of Methamphetamine)

On or about May 3, 2024, in the Eastern District of Virginia, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT EIGHT
(Engage in Unlicensed Firearms Dealing)

On or about May 3, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and in the course of such business ship, transport, and receive firearms, to wit: a Glock, Model 20, 10mm pistol, bearing serial number HAX242, in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(a)(1)(A).)

## COUNT NINE
(Sale of a Firearm to a Prohibited Person)

On or about May 6, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," knowingly sold and disposed of a firearm and ammunition, to wit: a Smith & Wesson, M&P Shield, 9mm pistol, bearing serial number JDM9260, to a person, knowing and having reasonable cause to believe that such person, had been convicted of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Section 922(d)(1).)

## COUNT TEN
(Trafficking a Firearm)

From on or about May 6, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Smith & Wesson, M&P Shield, 9mm pistol, bearing serial number JDM9260, to another person, in and affecting interstate and foreign

commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

(In violation of Title 18, United States Code, Section 933(a)(1) and (b).)

## COUNT ELEVEN
(Distribution of Methamphetamine)

On or about May 7, 2024, in the Eastern District of Virginia, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWELVE
(Trafficking a Firearm)

From on or about May 7, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Privately Made Firearm ("PMF"), pf940C, 9mm pistol, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

(In violation of Title 18, United States Code, Section 933(a)(1) and (b).)

## COUNT THIRTEEN
(Use and Carry a Firearm During and In Relation to a Felony Drug Trafficking Crime)

On or about May 7, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," did knowingly use and carry a firearm, during and in relation to a felony drug trafficking crime for which he may be

prosecuted in a court of the United States, to wit: distribution of methamphetamine, as charged in Count Eleven, incorporated by reference herein.

(In violation of Title 18, United States Code, Section 924(c).)

### COUNT FOURTEEN
(Engage in Unlicensed Firearms Dealing)

On or about May 7, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," aided and abetted by each other, and not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and in the course of such business ship, transport, and receive firearms, to wit: a Privately Made Firearm ("PMF"), pf940C, 9mm pistol, in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 2 and 922(a)(1)(A).)

### COUNT FIFTEEN
(Illegal Possession of a Machinegun)

On or about May 7, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly possess a machinegun, specifically, a combination of parts, commonly known as a "switch" and/or "conversion switch," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

(In violation of Title 18, United States Code, Section 922(o).)

### COUNT SIXTEEN
(Sale of a Firearm to a Prohibited Person)

On or about May 7, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE

WOODY, JR., a.k.a. "Jr.," aided and abetted by each other, knowingly sold and disposed of a firearm and ammunition, to wit: a Privately Made Firearm ("PMF"), pf940C, 9mm pistol, to a person, knowing and having reasonable cause to believe that such person, had been convicted of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Sections 2 and 922(d)(1).)

## COUNT SEVENTEEN
(Distribution of Methamphetamine)

On or about May 8, 2024, in the Eastern District of Virginia, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT EIGHTEEN
(Sale of a Firearm to a Prohibited Person)

On or about May 8, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," aided and abetted by one another, knowingly sold and disposed of a firearm and ammunition, to wit: a Ruger, EC9S, 9mm pistol, bearing serial number, 45509560, to a person, knowing and having reasonable cause to believe that such person, had been convicted of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Sections 2 and 922(d)(1).)

## COUNT NINETEEN
(Trafficking a Firearm)

From on or about May 8, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendants, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly ship, transport, transfer, cause to

be transported, and otherwise dispose of a firearm, to wit: a Ruger, EC9S, 9mm pistol, bearing serial number 45509560, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

(In violation of Title 18, United States Code, Section 933(a)(1) and (b).)

## COUNT TWENTY
(Engage in Unlicensed Firearms Dealing)

On or about May 8, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, DEON LAMONT HICKS, a.k.a. "DeeDee," and CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," aided and abetted by one another, not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business ship, transport, and receive a firearm, to wit: a Ruger, EC9S, 9mm pistol, bearing serial number 45509560, in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(a)(1)(A).)

## COUNT TWENTY-ONE
(Illegal Possession of a Machinegun)

On or about May 8, 2024, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant CORRY ANTOINE WOODY, JR., a.k.a. "Jr.," did knowingly possess a machinegun, specifically, a combination of parts, commonly known as a "switch" and/or "conversion switch," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

(In violation of Title 18, United States Code, Section 922(o).)

## **FORFEITURE ALLEGATION**

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendants are hereby notified that upon conviction of any of the offenses charged in Counts One, Six, Seven, Eleven, and Seventeen of this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from any proceeds, the defendants obtained, directly or indirectly, as a result of the offense charged; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

The defendants are further notified that if convicted of any of the offenses charged in Counts Two, Ten, Twelve, and Nineteen of this Indictment, they shall forfeit any property constituting, or derived from any proceeds, the defendants obtained, directly or indirectly, as a result of the offense charged; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

The defendants are also notified that if convicted of any of the offenses charged in Counts Three, Four, Five, Eight, Nine, Thirteen, Fourteen, Fifteen, Sixteen, Eighteen, Twenty, and Twenty-one of this Indictment, they shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(All in accordance with Title 18, United States Code, Sections 924(d), incorporated by Title 28, United States Code, Section 2461(c), 934(a), and Title 21, United States Code, Section 853.)

A TRUE BILL

FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *Katherine E. Groover*
Olivia L. Norman
Assistant United States Attorney

Katherine E. Groover
Special Assistant United States Attorney